**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-cv-128-FDW**

| | | |
|---|---|---|
| **CHRISTOPHER D. ELLERBE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOHN A. HERRING, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on periodic status review of the case.

On October 25, 2019, the United States Marshals Service was ordered to attempt to serve Defendant **Albert Keith Lambert** in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 20). The U.S. Marshals Service was instructed to use all reasonable efforts to locate and serve Defendant Lambert and, if it was unable to obtain service, to inform the Court of its reasonable attempts to do so. (Id.). No summons form has been returned with regards to Defendant Lambert to date.

Within 20 days of this Order, the U.S. Marshals Service shall file a Response informing the Court of the status of its efforts to serve Defendant Lambert in accordance with the October 25, 2019, Order.

**IT IS THEREFORE ORDERED that:**

(1)     The U.S. Marshal shall file a Response within **twenty (20)** days of this Order informing the Court of the status of its efforts to serve Defendant Lambert.

(2)     The Clerk of Court is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

1

Signed: December 20, 2019

Frank D. Whitney
Chief United States District Judge