UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:19-cv-00128-MR

CHRISTOPHER D. ELLERBE, )
)
    Plaintiff, )
)
vs. ) **ORDER**
)
JOHN A. HERRING, et al., )
)
    Defendants. )
)

**THIS MATTER** is before the Court on Plaintiff's "Motion for Judge's Order" [Doc. 23], which the Court received on December 20, 2019.

In his Motion, Plaintiff appears to request the entry of default against all six of the Defendants named in his Complaint. [Doc. 23 at 1 (asking the Court to enter an Order "against opposing parties for not responding to Plaintiff's Complaint")]. Prior to the filing of Plaintiff's Motion, on December 19, 2019, the Court granted a motion by Defendants Herring, Ingram, Preston, Rue, and Sellers for an extension of time, until February 18, 2020, to answer the Complaint. [Doc 22]. Those Defendants filed their Answer on February 18, 2020. [Doc. 25]. Additionally, a summons was returned as

executed on Defendant Lambert on March 16, 2020, and Defendant Lambert filed an Answer on April 3, 2020. [Docs. 28, 29]. As all the named Defendants have now responded to Plaintiff's Complaint, Plaintiff's Motion is now moot.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion for Judge's Order" [Doc. 23] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: July 23, 2020

Martin Reidinger
Chief United States District Judge