IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00128-MR

| | |
|---|---|
| CHRISTOPHER D. ELLERBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN A HERRING, KEVIN INGRAM, ) <br> KEITH LAMBERT, FNU PRESTON, ) <br> FNU RUE, and FNU SELLERS ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 52.

A judicial settlement conference is set for **Thursday, August 12, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Alexander Correctional Institution, Plaintiff's present place of incarceration. Alexander Correctional Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference. To the extent possible, Plaintiff shall be allowed to participate in the settlement conference in a private setting and with access to his/her case materials.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than July 23, 2021 or be subject to summary denial.

The Clerk is respectfully directed to certify a copy of this Order to Mr. Huffman and Mr. Mintz at Alexander Correctional Institution.

It is so ordered.

Signed: July 2, 2021

W. Carleton Metcalf
United States Magistrate Judge