IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00128-GCM

| | |
|---|---|
| **CHRISTOPHER D. ELLERBE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOHN A HERRING,**<br>**KEVIN INGRAM,**<br>**FNU RUE,**<br>**KEITH LAMBERT,**<br>**FNU SELLERS,**<br>**FNU PRESTON,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial is presently set for May 9, 2022. A scheduling conflict now makes that date untenable, and trial must be continued to the following week. The Court regrets any inconvenience to the parties.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to May 16, 2022 at 10 am. The writ of habeas corpus ad testificandum for Ellerbe (ECF No. 67) is **VACATED**. A new writ will issue by separate order.

**IT IS FURTHER ORDERED** that the Clerk **TRANSMIT A COPY** of this Order to all parties; the U.S. Marshal; the Warden of the Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

**SO ORDERED**.

Signed: March 7, 2022

Graham C. Mullen
United States District Judge