# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00128-GCM

| | |
|---|---|
| **CHRISTOPHER D. ELLERBE,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **JOHN A. HERRING,** **KEVIN INGRAM,** **FNU RUE,** **KEITH LAMBERT,** **FNU SELLERS,** **FNU PRESTON,** | |
| **Defendants.** | |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter was continued after a key participant became ill with COVID-19. The Court is now prepared to set a new trial date.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to August 1, 2022 at 10:00 am. A new writ of habeas corpus ad testificandum will issue by separate order.

**SO ORDERED**.

Signed: May 23, 2022

Graham C. Mullen
United States District Judge