]IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00128-GCM

| | |
|---|---|
| **CHRISTOPHER D. ELLERBE,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHN A HERRING,** <br> **KEVIN INGRAM,** <br> **FNU RUE,** <br> **KEITH LAMBERT,** <br> **FNU SELLERS,** <br> **FNU PRESTON,** <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on periodic review of the record. The Complaint asserts claims against multiple Defendants, including FNU Sellers, FNU Rue, and FNU Preston. Defendants have subsequently identified these individuals as Kamie Sellers, Shankia Rue, and Darren Preston. ECF No. 17 at 2–4. The Clerk of Court will be instructed to update these Defendants' names in the case record.

**IT IS THEREFORE ORDERED** that the Clerk shall **UPDATE** CM/ECF to reflect the correct names of these parties.

**SO ORDERED**.

Signed: July 20, 2022

Graham C. Mullen
United States District Judge